UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN WAYNE LONG,

      Petitioner,                                     Case No.  1:08-CV-462

v.                                                    Hon. Gordon J. Quist

JUDITH A. FULLERTON, et al.,

      Respondent.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on August 14, 2008.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 13, 2008, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is dismissed with prejudice pursuant to Rule 4 because it is frivolous.

This case is **concluded**.


Dated:  September 12, 2008                                                    /s/ Gordon J. Quist
                                                                       GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE